UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET MARCELUS BENS,

Plaintiff,

Case No. 2:26-cv-438-SPC-KRH

v.

NATIONAL CREDIT SYSTEMS, INC.,

Defendant,

**OPINION AND ORDER**

Before the Court is Plaintiff Margaret Marcelus Bens' Motion Under Federal Rule of Appellate Procedure 24(a)(5) to Proceed In Forma Pauperis On Appeal and for Review of the October 28, 2026 Denial.[1] (Doc. 78). For these reasons, the Court denies the motion.

As the Court explained in its order denying Plaintiff's motion to appeal in forma pauperis, she seeks to appeal an Order that the Court has since vacated. (Doc. 77). Thus, any appeal is moot. Nevertheless, Plaintiff moves for reconsideration, acknowledging that "an appeal directed solely to an order fully vacated ordinarily presents a mootness problem." (Doc. 78 at 1). Still, she requests that the Court consider this motion under Rule 24(a)(5) if an

[1] Plaintiff's motion fails to comply with the typography requirements in Local Rule 1.08. Any future failure to comply with the Local Rules may result in Plaintiff's filings being stricken without further notice.

appeal is docketed; consider her inability to pay affidavit; determine whether any live appealable issue remains after Document 70; if jurisdiction exists, grant leave to proceed IFP; and if the appeal concerns only the vacated order, limit its disposition to that jurisdictional defect, without adjudicating the underlying claims or foreclosing any later appeal. (*Id.* at 2).

Reconsideration of a prior order is an extraordinary measure that should be applied sparingly. *See Adams v. Beoneman*, 335 F.R.D. 452, 454 (M.D. Fla. 2020). There are two grounds on which a Court can do so under Rule 59(e): newly discovered evidence or manifest errors of law or fact. *See Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007). Neither is present here. "[A] motion for reconsideration does not provide an opportunity to simply reargue an issue the Court has once determined." *Am. Ass'n of People With Disabilities v. Hood*, 278 F. Supp. 2d 1337, 1340 (M.D. Fla. 2003). So the Court denies Plaintiff's motion.

Accordingly, it is **ORDERED:**

Plaintiff Margaret Marcelus Bens' Motion Under Federal Rule of Appellate Procedure 24(a)(5) to Proceed In Forma Pauperis On Appeal and for Review of the October 28, 2026 Denial (Doc. 78) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on November 2, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record